UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **WESLEY KANE CAMPBELL,** | Case No. CV 11-1010-GW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **RAUL LOPEZ, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed with prejudice.

Dated: August 26, 2011

_____
George H. Wu
United States District Judge